# 20-55832

_____

## IN THE UNITED STATES COURT OF APPEAL
## FOR THE NINTH CIRCUIT

_____

### NICKO LACOSTE,

*Plaintiff-Appellant,*

v.

### DANIEL KEEM,
*Defendant-Appellee.*

_____
___

*Appeal from the United States District Court*
*for the Central District of California, Case No. CV 20-02323-RGK*
*Honorable R. Gary Klausner, District Judge Presiding*

_____

### APPELLANT'S MOTION TO EXTEND TIME FOR FILING
### OPENING BRIEF;  SUPPORTING DECLARATION

**SEVERO PLC**
**RAOUL J. SEVERO, ESQ.**
**500 N. Central Ave., Suite 610**
**Glendale, CA 912103**
**Tel: 855-216-3990**

1

Pursuant to Federal Rules of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Appellant respectfully moves for a ninety (90) day extension of time, to and including January 15, 2021, in which to file his Opening Brief.

By initial scheduling order by the Clerk, Appellant's Opening Brief is currently due on October 17, 2020. Appellant has informed counsel for Appellee that he has no objection to the requested extension of time to file the Opening Brief.

Good cause exists for the requested extension, as set forth in more detail in the attached declaration in that counsel for Appellant, Raoul J. Severo, Esq., has experienced certain severe health problems and is scheduled to undergo a surgical procedure on October 12, 2020 and will require additional time to recuperate from surgery and return to his full time duties at work.[1]

Additionally, Counsel for Appellant has other significant professional commitments in the next 90 days in the U.S. District Court, Central District of California, as well as before the Los Angeles Superior Court and the California Court of Appeals for the 2nd and 4th Appellate Districts.

_____

1. Counsel's surgery involves a delicate, personal medical problem and counsel requests that this court preserve his privacy by allowing Counsel to submit a separate letter under seal if the Court deems it necessary.

Finally, due to the surgery and recuperation, and the intervening holiday season, counsel is requesting an accommodation to the schedule as previously stated.

On October 7, 2020, counsel for Appellants contacted counsel for Appellee, Kim Zeldin, who informed counsel by email communication that Appellee has no objection to the extension requested herein.

Counsel for Appellant will exercise due diligence to provide this Court, as well as other courts in which counsel is engaged, timely and professional briefing.

For all of the foregoing reasons, Appellant respectfully requests that this motion be granted and that Appellant be allowed until and including, January 15, 2021 in which to file his Opening Brief.

Dated: October 7 , 2020

           _/s/  Raoul J. Severo_____
             RAOUL J. SEVERO
          Attorneys for  Plaintiff-Appellant
            NICKO LACOSTE

DECLARATION OF RAOUL J. SEVERO

I, Raoul J. Severo, do hereby declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to this Court.  In accordance with Ninth Circuit Rule 31-2.1(b), I submit this declaration in support of Appellant's Motion to Extend Time In Which To File Opening Brief.  Except as otherwise stated, the matters set forth herein are based upon my personal knowledge, and I could and would testify competently thereto if called upon to do so.

2.       Judgment was entered in the District Court on July13, 2020 and Notice of  Appeal was filed on August 11, 2020.  According to the Initial Order entered on August 14, 2020, Appellant's Opening Brief was to be filed by October 17, 2020.

3.      Additionally, I have other significant professional commitments, including trials, in the next 90 days in the U.S. District Court, Western District of Tennessee, in re *U.S. v. Calvin Galindo-Gonzalez,* Case No. CR and U.S. District Court, District of Minnesota, *U.S. v. Travis Fairbanks*, CR-20-00192-PJS, as well as significant commitments in Los Angeles Superior Court and California Court of Appeals, Districts 2 and 4.

4

6. Counsel for Appellant will exercise due diligence to provide this Court, as well as other courts in which counsel is engaged, timely and professional briefing.

7. This is Appellant's first motion for extension of time to file Opening Brief. For the reasons set forth above, Appellant is requesting an extension of 90 days, until and including January 15, 2021 to file the Opening Brief in this case. 8. On October 7, 2020, counsel for Appellants contacted counsel for Appellee, Kim Zeldin, Esq., and he has no objection to the requested extension of time to file the Opening Brief.

9. There were no reported proceedings in this case as the district judge decided not to hear oral arguments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Glendale, California on October 7, 2020.

\_\_/s/ Raoul J. Severo_____
RAOUL J. SEVERO
DECLARANT

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the

Clerk of the Court for the United States Court of Appeals for the Ninth

Circuit by using the appellate CM/ECF system on October 8, 2020.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the appellate CM/ECF system.


_____/s/ Raoul J. Severo_