# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>       Plaintiff – Appellant,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br><br>       Defendant – Appellee. | 9th Cir. No. 20-55832<br><br>**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL WITH PREJUDICE** |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal with prejudice.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: February 8, 2021

_____
Kim S. Zeldin
Attorney for Appellee

_____
Raoul J. Severo
Attorney for Appellant

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2021, I electronically filed the foregoing **STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL WITH PREJUDICE** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system which will send notification of such filing to the following:

Raoul J Severo, Esq.
SEVERO LLP
500 N Brand Boulevard, Suite 610
Glendale, California  91203
(855) 216-3990
Email: raoul@severolegal.com; bodine@severolegal.com
Counsel for Plaintiff/Appellant Nicko "Romeo" LaCoste dba The California Dream Tattoo

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Nancy Torrecillas

1754865.1

Certificate of Service