TO BE FILED IN THE COURT OF APPEAL

**APP-007**

| COURT OF APPEAL    NINTH **APPELLATE DISTRICT, DIVISION** | COURT OF APPEAL CASE NUMBER:<br>20-55832 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO.: 78 104<br>NAME: Raoul J. Severo, Esq.<br>FIRM NAME: Severo, PLC<br>STREET ADDRESS: 500 North Central Ave., Suite 610<br>CITY: Glendale    STATE: CA    ZIP CODE: 91203<br>TELEPHONE NO.: (855) 216-3990    FAX NO.: (323) 967-7155<br>E-MAIL ADDRESS: Raoul@severolegal.com<br>ATTORNEY FOR (name):  Nicko Lacoste | SUPERIOR COURT CASE NUMBER:<br>CV20-02323-RGK |
| APPELLANT:  Nicko Lacoste<br><br>RESPONDENT:  Daniel Keem | |
| **REQUEST FOR DISMISSAL OF APPEAL (CIVIL CASE)** | |

The undersigned appellant hereby requests that the appeal filed on *(date):* 02/26/2021    in the above entitled action be dismissed.

Date: 02/26/2021

Raoul J. Severo, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF APPELLANT OR ATTORNEY)

**NOTE: File this form in the Court of Appeal if the record on appeal has already been filed in the Court of Appeal. If the record has not yet been filed in the Court of Appeal, you cannot use this form; you must file an *Abandonment of Appeal (Unlimited Civil Case)* (form APP-005) in the superior court. A copy of this form must also be served on the other party or parties to this appeal, and proof of service filed with this form. You may use an applicable Judicial Council form (such as APP-009 or APP-009E) for the proof of service. When this document has been completed and a copy served, the original may then be filed with the court with proof of service.**

Page 1 of 1